# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED** APR 23 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR0364-GPC |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ADELA ZAMORA (1) | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or
___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Information:

   21:841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 4/21/2017

_____
Hon. Gonzalo P. Curiel
United States District Judge